# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GABRIEL DONOHOE,

**Case No. 3:18-cv-01266-RS**

Plaintiff,

v.

FEDERAL EXPRESS
CORPORATION, a Delaware
Corporation; FEDERAL EXPRESS
CORPORATION, a Delaware
Corporation, dba FEDEX EXPRESS,

Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Amended Complaint. IT IS

HEREBY ORDERED that the Amended Complaint is dismissed *with Prejudice*. Each party will

bear its own fees and costs.

Dated this ⟨4th⟩ day of March, 2019.

By: _____
Judge Richard Seeborg

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614